# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-14935-AMC

JUNGKYUM KIM

1500 MARY PLACE
UNIT A
PHILADELPHIA, PA 19115-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JUNGKYUM KIM

1500 MARY PLACE
UNIT A
PHILADELPHIA, PA 19115-

Counsel for debtor(s), by electronic notice only.

MICHAEL KUTZER
1420 WALNUT STREET
SUITE 1216
PHILADELPHIA, PA 19102-

Date: 3/25/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee