IN THE UNTITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                              :
    Jungkyum Kim                                        :   Chapter 13
                                                                 :
        Debtor                                     :   Case No. 19-4935
                                  :
                                  :
                                  :
                                  :
    V.                                                             :
                                  :

Now comes Jungkyum Kim, Debtor, by and NewRez LLC Fargo Bank, N.A as follows:

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Denied.
6. Denied.
7. Denied.
8. Denied.
9. Denied.
10. Denied.
11. Denied.
12. Denied.
13. Denied.
14. Denied.
15. Denied.
16. Denied.

WHEREFORE, the Debtor respectfully requests Movant's motion be denied and order such other relief as is just and proper.

July 16, 2020

Respectfully submitted,

*/s/ Michael P. Kutzer*
Michael P. Kutzer
1420 Walnut St., Ste.1216
Philadelphia, PA  19102
Attorney for the Debtor
(215) 687-6370