United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jungkyum Kim  
    Debtor

Case No. 19-14935-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Sep 18, 2020  
                         Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2020.  
db          +Jungkyum Kim,    1500 Mary Place, Unit A,    Phildelphia, PA 19115-4285

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2020 at the address(es) listed below:  
        MICHAEL P. KUTZER    on behalf of Debtor Jungkyum  Kim mpkutzer9@gmail.com, mpkutzer1@gmail.com  
        REBECCA ANN SOLARZ    on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ    on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing  
         bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jungkyum Kim <br>                   Debtor | CHAPTER 13 |
| NewRez LLC d/b/a Shellpoint Mortgage Servicing <br>                   Movant <br> vs. | NO. 19-14935 AMC |
| Jungkyum Kim <br>                   Debtor | 11 U.S.C. Section 362 |
| William C. Miller, Esquire <br>                   Trustee | |

## **STIPULATION**

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$5,859.15,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | February 2020 to August 2020 at 731.42/month <br> September 2020 at $739.21/month |
| **Total Post-Petition Arrears** | **$5,859.15** |

2. The Debtor(s) shall cure said arrearages in the following manner;

    a). Within ten (10) days of this Stipulation being approved by the Court, the Debtor shall make a down payment in the amount of **$1,462.84**;

    b). Beginning on October 1, 2020 and continuing through March 1, 2021, until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$731.42** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$732.72 from October 2020 to February 2021 and $732.71 for March 2021** towards the arrearages on or before the last day of each month at the address below;

NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING
P.O. BOX 10826
GREENVILLE, SC 29603

        c).    Maintenance of current monthly mortgage payments to the Movant thereafter.

3.    Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4.    In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5.    The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6.    If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7.    If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8.    The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9.    The parties agree that a facsimile signature shall be considered an original signature.

Date:    September 2, 2020        By: */s/ Rebecca A. Solarz, Esquire*
                                                                   Attorney for Movant

Date: 9/13/20

_____
Michael Kutzer, Esquire
Attorney for Debtor

Date: _September 17, 2020_

/s/ Jack Millert, Esquire, for*
William C. Miller, Esquire
Chapter 13 Trustee

*No objection to its terms, without prejudice to any of our rights and remedies

Approved by the Court this ____ day of _____, 2020. However, the court retains discretion regarding entry of any further order.

**Date: September 18, 2020**

_____
Bankruptcy Judge
Ashely M. Chan