United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Jungkyum Kim  
    Debtor(s)

Case No. 19-14935-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Randi      Page 1 of 2  
Date Rcvd: Sep 28, 2020      Form ID: 152      Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jungkyum Kim, 1500 Mary Place, Unit A, Philadelphia, PA 19115-4285 |
| 14370945 | + | AMEX DEPARTMENT STORES, PO BOX 8218, MASON, Ohio 45040-8218 |
| 14370946 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, BANK OF AMERICA, PO BOX 982238, EL PASO, Texas 79998-2235 |
| 14370948 | | CONTINENTAL FINANCE COMPANY, 4550 NEW LINDEN HILL RDSTE 400, WILMINGTON, Delaware 19080 |
| 14370950 | #+ | DITECH FINANCIAL LLC, PO BOX 15009, TEMPE, Arizona 85284-0109 |
| 14402360 | # | Ditech Financial LLC, P.O. Box 12740, Tempe, AZ 85284-0046 |
| 14373104 | + | Ditech Financial LLC, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14370951 | + | FIRST PREMIER BANK, 3820 N LOUISE AVE, SIOUX FALLS, South Dakota 57107-0145 |
| 14370953 | | LENDUP CARD TAB BANK, PO BOX 105286SW 1340, ATLANTA, Georgia 30304 |
| 14398206 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14440603 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14390671 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 29 2020 02:55:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 29 2020 02:55:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14390834 | + | Email/Text: bnc@atlasacq.com | Sep 29 2020 02:54:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601-4303 |
| 14370947 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 29 2020 03:08:10 | CAPTIAL ONE BANK USA NA, PO BOX 30281, SAL LAKE CITY, UTAH 84130-0281 |
| 14370949 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 29 2020 03:07:07 | CREDIT ONE BANK, PO BOX 98872, LAS VEGAS, NEVADA 89193-8872 |
| 14383313 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Sep 29 2020 03:08:15 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14370952 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 29 2020 03:06:00 | JPMCB CARD SERVICES, PO BOX 15369, WILMINGTON, Delaware 19850 |
| 14373641 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2020 03:06:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14379208 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 29 2020 03:06:02 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

Case 19-14935-amc   Doc 63   Filed 09/30/20   Entered 10/01/20 01:45:53   Desc Imaged
Certificate of Notice   Page 2 of 3

| District/off: 0313-2 | User: Randi | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 28, 2020 | Form ID: 152 | Total Noticed: 23 |

| 14379707 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
|---|---|---|---|
| | | Sep 29 2020 02:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14386019 | + Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Sep 29 2020 02:54:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14370954 | | MERRICK BANK, PO BOX 9201, OLD, |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 30, 2020          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| MICHAEL P. KUTZER | on behalf of Debtor Jungkyum Kim mpkutzer9@gmail.com mpkutzer1@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Jungkyum Kim
    Debtor(s)

Case No: 19−14935−amc

Chapter: 13

___

*NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 11/17/20 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

62
Form 152