# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                   Chapter 13

JUNGKYUM KIM                                         Bankruptcy No. 19-14935-AMC

1500 MARY PLACE
UNIT A
PHILADELPHIA, PA 19115-

  Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
JUNGKYUM KIM

1500 MARY PLACE
UNIT A
PHILADELPHIA, PA 19115-

**Counsel for debtor(s), by electronic notice only.**
MICHAEL KUTZER
1420 WALNUT STREET
SUITE 1216
PHILADELPHIA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Date: 10/1/2020                                                                                /s/ William C. Miller

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee