**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:      Chapter 13
JUNGKYUM KIM

       Debtor     Bankruptcy No. 19-14935-AMC

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Dated: 1/12/21

_____
Honorable Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL KUTZER
1420 WALNUT STREET
SUITE 1216
PHILADELPHIA, PA 19102-

Debtor:
JUNGKYUM KIM

1500 MARY PLACE
UNIT A
PHILADELPHIA, PA 19115-