United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Jungkyum Kim  
    Debtor

Case No. 19-14935-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Jan 12, 2021      Form ID: pdf900      Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jungkyum Kim, 1500 Mary Place, Unit A, Philadelphia, PA 19115-4285 |
| 14370945 | + | AMEX DEPARTMENT STORES, PO BOX 8218, MASON, Ohio 45040-8218 |
| 14370946 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, BANK OF AMERICA, PO BOX 982238, EL PASO, Texas 79998-2235 |
| 14370948 | | CONTINENTAL FINANCE COMPANY, 4550 NEW LINDEN HILL RDSTE 400, WILMINGTON, Delaware 19080 |
| 14370950 | #+ | DITECH FINANCIAL LLC, PO BOX 15009, TEMPE, Arizona 85284-0109 |
| 14402360 | # | Ditech Financial LLC, P.O. Box 12740, Tempe, AZ 85284-0046 |
| 14373104 | + | Ditech Financial LLC, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14370951 | + | FIRST PREMIER BANK, 3820 N LOUISE AVE, SIOUX FALLS, South Dakota 57107-0145 |
| 14370953 | | LENDUP CARD TAB BANK, PO BOX 105286SW 1340, ATLANTA, Georgia 30304 |
| 14398206 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14440603 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14390671 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 13 2021 03:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 13 2021 03:32:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14390834 | | Email/Text: bnc@atlasacq.com | Jan 13 2021 03:31:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste. 442, Teaneck, NJ 07666 |
| 14370947 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 13 2021 03:21:17 | CAPTIAL ONE BANK USA NA, PO BOX 30281, SAL LAKE CITY, UTAH 84130-0281 |
| 14370949 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 13 2021 03:21:18 | CREDIT ONE BANK, PO BOX 98872, LAS VEGAS, NEVADA 89193-8872 |
| 14383313 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 13 2021 03:22:16 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14370952 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 13 2021 03:22:11 | JPMCB CARD SERVICES, PO BOX 15369, WILMINGTON, Delaware 19850 |
| 14373641 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 13 2021 03:20:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14379208 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 13 2021 03:22:12 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 12, 2021 | Form ID: pdf900 | Total Noticed: 23 |

| 14379707 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
|---|---|---|---|
| | | Jan 13 2021 03:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14386019 | + Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Jan 13 2021 03:32:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14370954 | | MERRICK BANK, PO BOX 9201, OLD, |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2021                                        Signature:            /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| MICHAEL P. KUTZER | on behalf of Debtor Jungkyum Kim mpkutzer9@gmail.com mpkutzer1@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 6

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                Chapter 13
JUNGKYUM KIM

                Debtor             Bankruptcy No. 19-14935-AMC

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Dated: 1/12/21

_____
Honorable Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
MICHAEL KUTZER
1420 WALNUT STREET
SUITE 1216
PHILADELPHIA, PA 19102-

Debtor:
JUNGKYUM KIM

1500 MARY PLACE
UNIT A
PHILADELPHIA, PA 19115-